# KING KREBS & JURGENS PLLC

COUNSELORS AT LAW

| | | | |
|---|---|---|---|
| HENRY A. KING (1) | JAMES D. BERCAW | JOSEPH A. DEVALL, JR | FABIAN M. NEHRBASS |
| PATRICIA A. KREBS (1) | LINDSAY A. LARSON III | SUSAN E. DINNEEN (2) (10) | NICOLE M. BABB |
| GEORGE B. JURGENS III | DAVID A. STRAUSS (1) (8) | MICHAEL J. CERNIGLIA (11) | LAURA E. AVERY |
| ROBERT J. BURVANT (1) | JEFFREY M. BURMASTER | BRENT M. BURNS | BRIAN A. CLARK |
| J. GRANT COLEMAN, LLM (2)(4) | DOUGLAS P. MATTHEWS | R. DANIEL SERIO, JR. | ANDREW J. REBENNACK |
| ERIC E. JARRELL | MICHAEL L. VINCENZO | CAROLYN S. BUCKLEY | Of Counsel: |
| LEN R. BRIGNAC (1) (3)(5) | CHRISTIAN A. GARBETT (1) | REED M. COLEMAN (12) | JOSEPH R. MESSA (9) |
| TIMOTHY S. MADDEN | JOHN A. CANGELOSI | | JOANNE MANTIS (6) |
| ROBERT J. STEFANI (1) (2)(7) | ADAM P. MASSEY | | |

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA
(4) TAX LAW SPECIALIST CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
(5) REGISTERED PATENT ATTORNEY
(6) ALSO ADMITTED IN GREECE
(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(9) ADMITTED IN TEXAS ONLY
(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN COLORADO
(12) ALSO ADMITTED IN ALABAMA

**James D. Bercaw**
Attorney at Law
jbercaw@kingkrebs.com
504.582.1272 Direct

September 28, 2016

**VIA ECF AND FEDERAL EXPRESS**

Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007 - 1312

>   Re:   *ING Bank N.V. v. M/V TEMARA*, No. 1:16-cv-95-KBF (S.D.N.Y.)
>   *ING Bank N.V. v. M/V VOGE FIESTA*, No. 1:16-cv-2051-KBF (S.D.N.Y.)
>   *ING Bank N.V. v. M/V OCEAN HARMONY*, No. 1:16-cv-2923-KBF (S.D.N.Y.)
>   *ING Bank N.V. v. M/V MARITIME KING*, No. 1:16-cv-3456-KBF (S.D.N.Y.)
>
>   *O'Rourke Marine Services, L.P. v. M/V COSCO HAIFA*, et al., No. 1:15-cv-2992-KBF (S.D.N.Y.)

Dear Judge Forrest,

We represent plaintiff, ING Bank N.V., as Security Agent, in the captioned civil actions against defendants *in rem*, the M/V TEMARA, the M/V VOGE FIESTA, the M/V OCEAN HARMONY and the M/V MARITIME KING, and are joined by Seward & Kissel LLP, as counsel for ING Bank N.V. in the civil action, O'Rourke Marine Services, L.P. v. M/V COSCO HAIFA.

On September 6, 2016, this Court entered an Order (ECF 155, Civ. A. No. 1:16-cv-95) extending the deadline for the defendants to file their opposition papers from September 9, 2016 to September 15, 2016, as well as granting them leave to submit memoranda in excess of the twenty – five (25) page limit, set forth in the Court's Rules for Civil Practice.  In that September 6, 2016, Order, this Court also extended the deadline for ING Bank to file its reply memorandum until September 29, 2016, which was in keeping with the original two (2) week deadline for ING Bank to file its reply memorandum, originally set by the Court during the June 20, 2016, hearing.

On September 7, 2016, this Court entered an Order (ECF 156, Civ. A. No. 1:16-cv-95), extending the deadline for intervening plaintiff, Chemoil Adani, to file its opposition papers to September 15, 2016.

On September 15, 2016, defendants *in rem* M/V TEMARA, M/V VOGE FIESTA, M/V OCEAN HARMONY, and M/V MARITIME KING filed their individual Rule 56.1 Statements, a joint memorandum (thirty – two (32) pages in length, exclusive of the tables of contents and authorities), as well as exhibits in excess of 700 pages. In the *O'Rourke* action, a separate memorandum and exhibits were also filed. Under the circumstances, ING Bank requests an extension until October 5, 2016 to file its reply memoranda in the captioned civil actions.

Furthermore, ING Bank requests leave of Court to file a reply memorandum in excess of the ten (10) page limit set forth in Individual Rule for Civil Practice 2(D), not to exceed an additional five (5) pages, exclusive of the table of contents and authorities required by the same rule.

Prior to forwarding this correspondence to Chambers, it was discussed with all counsel of record, and they do not oppose the requested extension of time or increased page limits.

WHEREFORE, plaintiff, ING Bank N.V., requests this Court enter an Order:

1. Extending the deadline for ING Bank to file its reply memoranda from September 29, 2016 until and through October 5, 2016; and,

2. Extending the page limits for the reply memoranda to no more than fifteen (15) pages, exclusive of the table of contents and table of authorities.

                Respectfully submitted,

                */s/ James D. Bercaw*

                James D. Bercaw

                */s/ Brian P. Maloney*

                Brian P. Maloney

JDB/db

cc:    J. Stephen Simms (*via* email)
       James H. Power (*via* email)
       Marie E. Larsen (*via* email)
       Andrea J. Pincus (via email)
       Jane M. Sarma (*via* email)