UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 22, 2018

------------------------------------------------------------ X
ING BANK N.V.,

                         Plaintiff,

            -v-                               16-cv-2051 (KBF)

M/V VOGE FIESTA et al.,                  ORDER

                        Defendants.
------------------------------------------------------------

ING BANK N.V.,

                         Plaintiff,

            -v-                               16-cv-6453 (KBF)

M/V JAWOR et al.,                            ORDER

                        Defendants.
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

On August 6, 2018, the U.S. Court of Appeals for the Second Circuit issued a mandate vacating in part, affirming in part, and remanding for further proceedings this Court's judgment in the above captioned matters. The parties are therefore ordered to appear for a **telephonic** status conference on **Monday, October 15, 2018**, at **2:00 p.m.** The parties shall confer in advance of the status conference, and be prepared to present a detailed plan, including dates and deadlines, for resolution of the remaining issues.

The parties shall provide chambers with a call-in number ahead of the conference, unless the Court orders otherwise.

SO ORDERED.

Dated: New York, New York
August 22, 2018

_____
KATHERINE B. FORREST
United States District Judge