UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING BANK N.V.,<br><br>         Plaintiff,<br><br> - against -<br><br>M/V TEMARA, IMO No. 9333929, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*,<br><br>         Defendant. | No. 16 Civ. 95 (LLS)<br><br>ORAL ARGUMENT REQUESTED |
| ING BANK N.V.,<br><br>          Plaintiff,<br><br> - against -<br><br>M/V VOGE FIESTA, IMO No. 9168154, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*,<br><br>         Defendant. | No. 16 Civ. 2051 (LLS)<br><br>ORAL ARGUMENT REQUESTED |

## ING BANK N.V.'S NOTICE OF
## MOTION FOR PROTECTIVE ORDER

    ING Bank N.V., as Security Agent ("ING"), respectfully moves for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure in response to discovery requests by the M/V TEMARA and the M/V VOGE FIESTA seeking the disclosure of certain redacted and withheld personal data, in response to this Court's direction at the September 13, 2019 status conference that the parties brief the question whether the EU General Data Protection Regulation prohibits disclosure of such information in these actions.  In support of this Motion,

ING respectfully refers the Court to its Memorandum of Law, the Declaration of Brian P. Maloney dated September 23, 2019, and the exhibits attached thereto, the Joint Declaration of David Anthony Smith and Nicole Wolters Ruckert dated September 23, 2019, and the exhibits attached thereto, ING's Notice of Foreign Law Pursuant to Federal Rule of Civil Procedure 44.1, all of the prior pleadings and proceedings in this matter, and to any additional arguments to be properly presented in support of the relief requested in this motion.

New York, New York
September 23, 2019

        Respectfully submitted,

        SEWARD & KISSEL LLP

        By: s/ Bruce G. Paulsen
           Bruce G. Paulsen
           Brian P. Maloney
           Laura E. Miller
        One Battery Park Plaza
        New York, NY  10004
        (212) 574-1200

        *Attorneys for ING Bank N.V., as Security Agent*