UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING BANK N.V., <br><br> Plaintiff, <br><br> - against - <br><br> M/V TEMARA, IMO No. 9333929, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*, <br><br> Defendant. | No. 16 Civ. 95 (LLS) <br><br> ORAL ARGUMENT REQUESTED |
| ING BANK N.V., <br><br> Plaintiff, <br><br> - against - <br><br> M/V VOGE FIESTA, IMO No. 9168154, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*, <br><br> Defendant. | No. 16 Civ. 2051 (LLS) <br><br> ORAL ARGUMENT REQUESTED |

## ING BANK N.V.'S NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1

ING Bank N.V., as Security Agent, hereby gives notice pursuant to Federal Rule of Civil Procedure 44.1 of its intent to raise matters of foreign law in support of its Motion for Protective Order in the above-captioned action.

New York, New York
September 23, 2019

        Respectfully submitted,

        SEWARD & KISSEL LLP

        By: s/ Bruce G. Paulsen
            Bruce G. Paulsen
            Brian P. Maloney
            Laura E. Miller
        One Battery Park Plaza
        New York, NY  10004
        (212) 574-1200

        *Attorneys for ING Bank N.V., as Security Agent*